**Opinion issued January 10, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————

## NO. 01-12-01056-CV

————————

**LEAH ANGLE, INDIVIDUALLY AND AS NEXT FRIEND OF HER MINOR CHILD SEDAIREN CAMPBELL, AND HARDY MOORE, Appellants**

**V.**

**RENT-A-CENTER TEXAS, L.P., Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1229067**

---

## MEMORANDUM OPINION

This is an attempted appeal from an order granting a motion to compel arbitration. A partial clerk's record was ordered so this Court could determine its jurisdiction. The record was filed December 5, 2012.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if authorized by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001).

Here, the record reveals that no final judgment has been entered in this pending case. The record contains the trial court's order granting appellee's motion to compel arbitration. The order does not dismiss the underlying litigation. An order granting a motion to compel arbitration that does not dismiss the underlying litigation is not an appealable interlocutory order. *See In re Gulf Exploration, LLC*, 289 S.W.3d 836, 840 (Tex. 2009).

On November 29, 2012, the Court notified the parties of its intent to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating this court's jurisdiction on or before December 10, 2012. *See* TEX. R. APP. P. 42.3(a). Appellant has not filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

2